AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CUONG DOAN,<br>    Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br>and DEPARTMENT OF TREASURY,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:09-CV-541-F |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Government's Motion to Dismiss is ALLOWED for lack of subject matter jurisdiction, pursuant to Rule 12(b)(1), Fed.R.Civ.P. Doan failed to exhaust his administrative remedies under 26 U.S.C. § 7422(a). It also appears that Doan's claims are barred by the applicable statutes of limitations, 26 U.S.C. § 6511. This action, therefore, is DISMISSED. Any other pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **January 26, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Cuong Doan (via regular mail to 7933 Strawberry Meadow Street, Raleigh, NC 27613)

Christopher J. Williamson (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| January 26, 2011 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |